JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada  89505
Telephone:  775-688-3000
Facsimile  :  775-688-3088
jmurtha@woodburnandwedge.com

Attorneys for Angelique L.M. Clark,
Trustee of the Chapter 7 Bankruptcy
Estate for Cetus Mortgage, Ltd.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \*

In re:                                              Case No.  BK-N-09-50043-GWZ
                                                    Chapter   7
JOHN E. and TERESA M.
MORROS,                                             **REQUEST FOR SPECIAL NOTICE**

        Debtors.                                    No Hearing Required
_____/

   Notice is hereby given that the undersigned represents Angelique L.M. Clark, Trustee of the Bankruptcy Estate for Cetus Mortgage, Ltd. and interested party in the above-captioned bankruptcy proceedings, and, therefore, requests notice of all proceedings in this matter in accordance with the provisions of FRBP 2002 be sent to the following address:

                              John F. Murtha, Esq.
                              Woodburn and Wedge
                              Sierra Plaza
                              6100 Neil Rd., Ste. 500
                              Post Office Box 2311
                              Reno, Nevada  89505
                              Telephone:  775-688-3000
                              Fax:  775-688-3088

jmurtha@woodburnandwedge.com

DATED this 30th day of April, 2009.

                                          WOODBURN AND WEDGE

                                          By _____
                                              JOHN F. MURTHA, ESQ.
                                              Attorneys for Angelique L.M. Clark,
                                              Trustee of the Bankruptcy Estate for
                                              Cetus Mortgage, Ltd.

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the 30 day of April, 2009, I caused the foregoing document to be delivered to all parties to this action by:

   ✓    placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada

_____ personal delivery

_____ facsimile

_____ Federal Express or other overnight delivery

_____ Reno/Carson Messenger Service

addressed as follows:

Stephen R. Harris, Esq.
417 W. Plumb Lane
Reno, Nevada  89509

William Cossitt
Office of U.S. Trustee
300 Booth St., Room 2129
Reno, Nevada  89509

Gregory Wilde, Esq.
Wilde & Assoc.
208 S. Jones Blvd.
Las Vegas, Nevada  89107

