**Entered on Docket**
**July 22, 2010**

Hon. Gregg W. Zive
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
09-70529

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-50043-GWZ |
|---|---|
| John E.  Morros and Teresa M.  Morros | Date:   7/13/10<br>Time:   10:00am<br><br>Chapter 7 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that relief from the Automatic

Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally

described as: 10 Mac Rd., Sparks, NV 89436.


Submitted by:
**WILDE & ASSOCIATES**

_____ #10099

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____

**Stephen R. Harris**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____

**C. Geoffrey Wilson**
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_\_  The court waived the requirements of LR 9021.

\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_\_  approved the form of this order            \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or    \_\_x\_\_  failed to respond to the document

\_\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_  approved the form of this order            \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or    \_\_x\_\_  failed to respond to the document

\_\_\_\_\_  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_  approved the form of this order            \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or    \_\_\_\_\_  failed to respond to the document

\_\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_  approved the form of this order            \_\_\_\_\_  disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or    \_\_\_\_\_  failed to respond to the document

\_\_\_\_\_  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor